Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
PATRICIA A. FRANCIS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| PATRICIA A. FRANCIS, </br></br> Plaintiffs, </br></br> v. </br></br> CAVALRY PORTFOLIO SERVICES, LLC, </br></br> Defendant. | Case No.:  '11CV1477 L    BLM </br></br> **COMPLAINT AND DEMAND FOR JURY TRIAL** </br></br> **(Unlawful Debt Collection Practices)** |

## **VERIFIED COMPLAINT**

PATRICIA A. FRANCIS (Plaintiff), by attorneys, KROHN & MOSS, LTD., alleges the following against CAVALRY PORTFOLIO SERVICES, LLC (Defendant):

### **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

### **JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

- 1 -

VERIFIED COMPLAINT

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California; therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiff is a natural person residing in Encinitas, San Diego County, California.

7. Plaintiff is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with an office in Hawthorne, New York.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. On or around May 15, 2011, Defendant began constantly and continuously placing collection calls to Plaintiff seeking and demanding payment of an alleged debt.

12. Defendant calls Plaintiff, on a daily basis, from two to four times per day.

13. On numerous occasions, Plaintiff has told Defendant's representatives that she disputes the debt, refuses to pay, and that calls are to cease.

14. On numerous occasions, Plaintiff has demanded proof of the debt or stated account in writing, but has to date not received anything from Defendant.

15. Despite Plaintiff's demands for validation of the debt and that calls cease until same occurs, Defendant continues to call Plaintiff, often up to four times per day, in attempts to collect on the alleged debt, including four calls as recently as May 31, 2011.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on, but not limited to, the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to abuse and harass any person in connection with the collection of a debt; and

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass any person called at that number.

WHEREFORE, Plaintiff, PATRICIA A. FRANCIS respectfully requests judgment be entered against Defendant, CAVALRY PORTFOLIO SERVICES, LLC, for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

19. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

21. Defendant violated the RFDCPA based on, but not limited to, the following:

    a. Defendant violated *§1788.11(d)* of the RFDCPA by causing a telephone to ring repeatedly and continuously so as to annoy the person called;

b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to the debtor with such frequency that was unreasonable and constituted harassment under the circumstances; and

c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, PATRICIA A. FRANCIS respectfully requests judgment be entered against Defendant, CAVALRY PORTFOLIO SERVICES, LLC, for the following:

22. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*;

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*; and

24. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, PATRICIA A. FRANCIS, respectfully demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED:  June 13, 2011                KROHN & MOSS, LTD.

By: s/ Mahadhi Corzano
     Mahadhi Corzano
     Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, PATRICIA A. FRANCIS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, PATRICIA A. FRANCIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 6/14/2011            _____
                                         PATRICIA A. FRANCIS

VERIFIED COMPLAINT