Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
PATRICIA A. FRANCIS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| PATRICIA A. FRANCIS,<br><br>  Plaintiffs,<br><br>  v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>  Defendant. | Case No.: 3:11-CV-1477-L-BLM<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

NOW COMES the Plaintiff, PATRICIA A. FRANCIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

1 | DATED: July 29, 2011         KROHN & MOSS, LTD.

                              By: /s/ Mahadhi Corzano

                                  Mahadhi Corzano
                                  Attorney for Plaintiff

- 2 -

Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Penny Shemtob, Esq.
Litigation Counsel
Cavalry Portfolio Services, LLC
500 Summit Lake Drive
Suite 400
Valhalla, New York 10595
pshemtob@cavps.com

By: /s/ Mahadhi Corzano

Mahadhi Corzano
Attorney for Plaintiff