Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
PATRICIA A. FRANCIS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| PATRICIA A. FRANCIS, | Case No.: 3:11-CV-01477-L-BLM |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| CAVALRY PORTFOLIO SERVICES, LLC., | |
| Defendant. | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, PATRICIA A. FRANCIS, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: August 18, 2011                                    KROHN & MOSS, LTD.


                                                                          By:/s/Mahadhi Corzano
                                                                           Mahadhi Corzano
                                                                           Attorney for Plaintiff,
                                                                           PATRICIA A. FRANCIS

- 1 -

VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Penny Shemtob, Esq.
Cavalry Portfolio Services, LLC
500 Summit Lake Drive
Suite 400
Valhalla, New York 10595
Phone:  (914) 347-3440, ext. 13592
Fax:   (914) 347-4907
pshemtob@cavps.com

By:/s/Mahadhi Corzano
Mahadhi Corzano
Attorney for Plaintiff,