UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA FRANCIS, | ) | Civil No. 11cv1477L(BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| v. | ) | |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Plaintiff's Voluntary Dismissal and Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED:  August 19, 2011

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

11cv1477